UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALVIN S. SECREST, | ) | CASE NO. CV 12-4901-RGK (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| BRAZELTON, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   June 18, 2012.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA12CV04901RGK-J 6-18-01.wpd